NICHOLAS UUSIMAKI, Respondent, v. ARTHUR SAYLES, Doing Business under the Assumed Name of WILLIAM SAYLES & SON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

CLIFFORD E. DICKERSON, Respondent, v. HAROLD S. MILLER and Others, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

SYLVANUS VAN AKEN and Another, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19576.) — Judgment affirmed, with costs, on the ground that the damage was entirely incidental to the taking of the property. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents and votes to reverse the judgment on the law and facts and for a new trial, and to reverse findings of fact 11, 12 and 13. (*Adamo* v. *State of New York*, 235 App. Div. 12.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KINGDON DE NORMAND, Appellant, v. THOMAS H. MURPHY, Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Order affirmed. Van Kirk, P. J., Hinman, Rhodes and Crapser, JJ., concur; Hill, J., dissents and votes to reverse order and to grant writ of habeas corpus upon the ground that the defendant appears to have been sentenced for a crime in connection with which there is no judgment of conviction.

ELIZABETH CLARKSON, an Infant, by ELIZABETH BOYLAN, Her Guardian ad Litem, Respondent, v. KATHERINE A. FRASER and ROBERT L. WELLS, Appellants, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

BEATRICE LATTANZIO, an Infant, by Her Guardian ad Litem, ANTHONY T. SANTORA, Respondent, v. PAUL LANDOLFO, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of CHARLES DENISON, Petitioner, for an Order of Certiorari to Review Certain Acts of the Commissioner of Public Safety of the City of Oneida, New York, and HENRY SMITH, Chief of Police of Such City, Respondents.— Determination unanimously confirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THOMAS V. WITHCUSKEY, Respondent, v. M. F. DOLLARD, JR., INC., Appellant. GRACE WITHCUSKEY, Respondent, v. M. F. DOLLARD, JR., INC., Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

FRED R. BADGER, Appellant, v. IDA DUFRANE and Others, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ELMER PROSCH, Respondent, v. CECIL C. FERRELL, Appellant.— Order affirmed, with costs. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents, and votes to reverse order and to reinstate the verdict.